Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                              Case No.:  17−20067−MBK
                              Chapter:  13
                              Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Donna Bello
    17 Remsen St
    Trenton, NJ 08610

Social Security No.:
    xxx−xx−4467

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on September 23, 2021.

Dated: September 23, 2021
JAN: kmm

                                                                                        Jeanne Naughton
                                                                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                              Case No. 17-20067-MBK

Donna Bello                                                                                    Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                                              User: admin                                                   Page 1 of 2

Date Rcvd: Sep 23, 2021                                Form ID: plncf13                                    Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Donna Bello, 17 Remsen St, Trenton, NJ 08610-6434 |
| cr | + | U.S. BANK NATIONAL ASSOCIATION, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 516828988 | + | American Trading Co. assignee of Capital, c/o Lenox, Socey, Formidoni, Giordano,, 136 Franklin Corner Rd., 2nd Floor, Lawrence Township, NJ 08648-2586 |
| 516828989 | + | American Trading Company, 12 Headley Pl, Levittown, PA 19054-1401 |
| 516828992 | + | Progressive, PO Box 31260, Tampa, FL 33631-3260 |
| 516828993 | + | Specialized Loan Servicing, 8742 Lucent Blvd Suite 300, Highlands Ranch, CO 80129-2386 |
| 517220811 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 517220812 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129, Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300 Highlands Ranch, Colorado 80129-2386 |
| 516828994 | + | Specialized Loan Servicing, LLC, c/o Pluese, Becker & Saltzman, LLC, 20000 Horizon Way, Suite 900, Mount Laurel, NJ 08054-4318 |
| 516875491 | + | THE BNYM TRUST Company N.A. Trustee (See410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 516828996 | + | Traf Group Inc/A-1 Collections, 2297 St Hwy 33, Ste 906, Hamilton Square, NJ 08690-1717 |
| 517407825 | | U.S. Bank National Association, Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 517407826 | + | U.S. Bank National Association, Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826, U.S. Bank National Association Shellpoint Mortgage Servicing 29603-0826 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 23 2021 20:26:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 23 2021 20:26:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516828990 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 23 2021 20:35:54 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 516828991 | + | Email/Text: ebnnotifications@creditacceptance.com | Sep 23 2021 20:26:00 | Credit Acceptance, 25505 West 12 Mile Rd, Suite 3000, Southfield, MI 48034-8331 |
| 517104173 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 23 2021 20:35:56 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 516840534 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Sep 23 2021 20:36:06 | Spot Loan, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 516828995 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 23 2021 20:36:03 | Syncb/Lord & Taylor, Po Box 965064, Orlando, FL 32896-5064 |
| 516944902 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Sep 23 2021 20:36:06 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 8

Case 17-20067-MBK    Doc 63    Filed 09/25/21    Entered 09/26/21 00:13:08    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 23, 2021 | Form ID: plncf13 | Total Noticed: 21 |

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2021         Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Donna Bello mail@njpalaw.com r56958@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor The Bank of New York Mellon Trust Company National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, as Trustee for Residential Asset Securities Corporatio dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION hkaplan@rasnj.com informationathnk@aol.com |
| Harold N. Kaplan | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee of NRZ Inventory Trust, hkaplan@rasnj.com, informationathnk@aol.com |
| Sindi Mncina | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8