Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−20067−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Donna Bello
   17 Remsen St
   Trenton, NJ 08610

Social Security No.:
   xxx−xx−4467

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 5/11/22 at 09:00 AM

to consider and act upon the following:

65 − Creditor's Certification of Default (related document:41 Order on Motion For Relief From Stay) filed by Harold N. Kaplan on behalf of U.S. Bank Association, not in its individual capacity but solely as Trustee for the CIM TRUST 2018−NR1 Mortgage−Backed Notes, Series 2018−NR1. Objection deadline is 04/20/2022. (Attachments: # 1 Proposed Order # 2 Certificate of Service # 3 Exhibit) (Kaplan, Harold)

Dated: 4/18/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court