Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                     Case No.: 17−20067−MBK
                     Chapter: 13
                     Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Donna Bello
  17 Remsen St
  Trenton, NJ 08610

Social Security No.:
  xxx−xx−4467

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 10/25/23 at 09:00 AM

to consider and act upon the following:

*79* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 10/9/2023. (Attachments: # 1 Proposed Order) (Russo, Albert)

Dated: 9/28/23

                                     Jeanne Naughton
                                       Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                    Case No. 17-20067-MBK
Donna Bello                                                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin                        Page 1 of 2
Date Rcvd: Sep 28, 2023         Form ID: ntchrgbk                  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**
+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Donna Bello, 17 Remsen St, Trenton, NJ 08610-6434 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2023            Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Donna Bello njpalaw@gmail.com r56958@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor The Bank of New York Mellon Trust Company National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, as Trustee for Residential Asset Securities Corporatio dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee of NRZ Inventory Trust, hkaplan@rasnj.com, kimwilson@raslg.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 28, 2023 | Form ID: ntchrgbk | Total Noticed: 1 |

Harold N. Kaplan
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION hkaplan@rasnj.com  kimwilson@raslg.com

Harold N. Kaplan
    on behalf of Creditor U.S. Bank Association  not in its individual capacity but solely as Trustee for the CIM TRUST 2018-NR1 Mortgage-Backed Notes, Series 2018-NR1 hkaplan@rasnj.com, kimwilson@raslg.com

Sindi Mncina
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION smncina@raslg.com

Sindi Mncina
    on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee of NRZ Inventory Trust, smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10